Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11918−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Abraham Gdanski
   886 Woodlane Road
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−7443

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           6/7/23
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 31, 2023
JAN: wdr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Eric Abraham Gdanski  
    Debtor

Case No. 23-11918-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5  
Date Rcvd: Mar 31, 2023     Form ID: 132     Total Noticed: 85

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Abraham Gdanski, 886 Woodlane Road, Mount Holly, NJ 08060-1006 |
| 519876915 | + | Adrianna Villarreal, 529 S. Forked Landing Road, Maple Shade, NJ 08052-2923 |
| 519876920 | + | Advantge Therapy Center, 1001 Briggs Road, Ste 270, Mount Laurel, NJ 08054-4105 |
| 519877024 | + | Apria Healthcare, P.O. Box 3475, Toledo, OH 43607-0475 |
| 519877025 | + | Atlantic City Expressway, Attn: MK EXass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519857532 | | Citi/cbna, Citicorp Credit Services; Attn: Centrali, P.O. Box 790034, Kansas City, MO 64195 |
| 519877026 | + | Commonwealth of Massachusets, Attn: EZDrive MA Payment, Processing Cent, P.O. Box 847840, Boston, MA 02284-7840 |
| 519877031 | + | Emergency Physician Services of NJ PA, Attn: HRRG, P.O. Box 5406, Cincinnati, OH 45273-0001 |
| 519876888 | + | Fig Cust FIGNJ19LLC & Sec Pty, POB 54226, New Orleans, LA 70154-4226 |
| 519877033 | + | Larchmont Medical Imaging, P.O. Box 748508, Atlanta, GA 30374-8508 |
| 519872926 | + | Lendumo in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453-9612 |
| 519877035 | + | MTA Bridges and Tunnels, P.O. Box 15183, Albany, NY 12212-5183 |
| 519876893 | + | MTAG As Custodian For CCF@, 111 Coleman Blvd., Ste 400, Mount Pleasant, SC 29464-5662 |
| 519877034 | + | Maryland Transportation Authority, P.O. Box 12853, Philadelphia, PA 19176-0853 |
| 519876917 | + | Mt. Holly Municipal Utilities, 1 Park Drive, P.O. Box 486, Mount Holly, NJ 08060-0486 |
| 519876889 | + | New Jersey Housing and Mortgage, 637 S Clinton Ave, POB 18550, Trenton, NJ 08650-2085 |
| 519877036 | + | New York Thruway, Violations Processing Center, P.O. Box 15186, Albany, NY 12212-5186 |
| 519877039 | + | Orkin, 100 Dobbs Lane, Ste 207, Cherry Hill, NJ 08034-1436 |
| 519877040 | + | Pennsylvania Turnpike Commission, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 519877041 | + | Port Authority NY NK, Violations Processing Center, P.O. Box 15186, Albany, NY 12212-5186 |
| 519877042 | + | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 519877043 | + | Rockland County DSS, Bldg L; CAMS Unit, P.O. Box 307 Sanatorium Road, Pomona, NY 10970-0307 |
| 519877053 | + | Rollins, P.O. box 1415, Atlanta, GA 30301-1415 |
| 519857559 | + | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519877045 | + | Uprova, 635 E. HIghway 20, Upper Lake, CA 95485-8793 |
| 519877046 | + | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053-4160 |
| 519877047 | + | WMC Health, 100 Woods Road, Valhalla, NY 10595-1530 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519857521 | + | Email/Text: backoffice@affirm.com | Mar 31 2023 20:30:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519857522 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2023 20:28:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519857524 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 31 2023 20:29:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519857523 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2023 20:40:47 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 519857525 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2023 20:41:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519877048 | ^ | MEBN | Mar 31 2023 20:27:53 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 519857526 | + | Email/Text: bk@avant.com | Mar 31 2023 20:29:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519857527 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 31 2023 20:29:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519857528 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 31 2023 20:30:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 519857529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2023 20:41:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519857530 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 31 2023 20:41:23 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519862819 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 31 2023 20:41:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519876887 | + | Email/Text: assetmanagement@cazcreek.com | Mar 31 2023 20:28:00 | Cazenovia Creek Funding II LLC, POB 54132, New Orleans, LA 70154-4132 |
| 519857533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2023 20:41:25 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519857534 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2023 20:29:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519857535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2023 20:29:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519857536 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2023 20:41:24 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519857537 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 31 2023 20:28:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519877049 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 31 2023 20:29:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519857538 | + | Email/Text: mzatezalo@crownasset.com | Mar 31 2023 20:29:00 | Crown Asset Management, 3100 Breckenridge Blvd., Unit 725, Duluth, GA 30096-7605 |
| 519877029 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 31 2023 20:29:00 | Delaware River Joint Toll Brige Commissi, C/O Nj EZ pass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519877030 | + | Email/Text: G06041@att.com | Mar 31 2023 20:29:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 519871952 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2023 20:41:10 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519877050 | + | Email/Text: bknotice@ercbpo.com | Mar 31 2023 20:29:00 | ERC, POB 57610, Jacksonville, FL 32241-7610 |
| 519876892 | + | Email/Text: ar@figadvisors.com | Mar 31 2023 20:29:00 | FIG Capital Investments, LLC, 1000 Riverside Ave., Ste 400, Jacksonville, FL 32204-4108 |
| 519857539 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 31 2023 20:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 519877051 | + | Email/Text: Harris@ebn.phinsolutions.com | Mar 31 2023 20:30:00 | Harris & Harris Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |

Case 23-11918-CMG    Doc 16    Filed 04/02/23    Entered 04/03/23 00:14:31    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 31, 2023 | Form ID: 132 | Total Noticed: 85 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519876916 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2023 20:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519857531 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 31 2023 20:41:20 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519874913 | + | Email/Text: RASEBN@raslg.com | Mar 31 2023 20:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519857540 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 31 2023 20:28:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519857541 | + | Email/Text: Documentfiling@lciinc.com | Mar 31 2023 20:28:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519872149 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 31 2023 20:40:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519857542 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 31 2023 20:41:07 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519857543 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 31 2023 20:40:27 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519877037 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 31 2023 20:29:00 | NJ Turnpike Authority, NJ EZ Pass, P.O. Box 4971, Trenton, NJ 08650 |
| 519857544 | + | Email/Text: netcreditbnc@enova.com | Mar 31 2023 20:29:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519857545 | + | Email/PDF: cbp@onemainfinancial.com | Mar 31 2023 20:41:19 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519857546 | | Email/Text: bankruptcies@penncredit.com | Mar 31 2023 20:29:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 519877052 | + | Email/Text: RASEBN@raslg.com | Mar 31 2023 20:29:00 | RAS Crane, 6409 Congress Ave., Ste 100, Boca Raton, FL 33487-2853 |
| 519857547 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:40:30 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519858508 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519857549 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:21 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857550 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:22 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857551 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:07 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857552 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:20 | Synchrony Bank/Best Brand Plus, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857553 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519857554 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:40:30 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857556 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857557 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2023 20:41:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857558 | + | Email/Text: bncmail@w-legal.com | Mar 31 2023 20:29:00 | Target Nb, C/O Financial & Retail Services, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519858720 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 31 2023 20:40:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519876890 | + | Email/Text: james.r.shear@hud.gov | Mar 31 2023 20:29:00 | US Dept of HUD, Financial Operations Center, 52 Corporate Circle, Albany, NY 12203-5176 |
| 519857560 | + | Email/Text: LCI@upstart.com | Mar 31 2023 20:29:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519868488 | ^ | MEBN | Mar 31 2023 20:26:33 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519857561 | + | Email/Text: bankruptcyxfcu@kinecta.org | Mar 31 2023 20:28:00 | Xceed Financial Credit Union, Attn: Bankruptcy Dept./Silvia Mendez, 888 North Nash St., El Segundo, CA 90245-2879 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519877055 | | Last |
| 519857548 | | Syncb/walmart |
| 519877044 | *+ | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857555 | *+ | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519877054 | *+ | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | on behalf of Debtor Eric Abraham Gdanski bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 5 of 5
Date Rcvd: Mar 31, 2023 Form ID: 132 Total Noticed: 85
TOTAL: 4