UNITED STATES BANKRUPTCY COURT

District of New Jersey

IN RE DEBTOR:  ERIC ABRAHAM GDANSKI         DATE: 5/23/2023

CASE NO. 3-23-BK-11918

**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 5

COMES NOW, Lendumo in care of ZenResolve and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 5 in the amount of $ 253.12 filed on or about 3/27/2023.

Lendumo in care of ZenResolve

/S/  Jeff Bronson

Company: ZenResolve

Title: President

ZenResolve

2770 Mission Rancheria Rd #315

Lakeport CA 95453

(800) 225-1375