| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11918 / CMG**

Eric Abraham Gdanski

Petition Filed Date: 03/09/2023
341 Hearing Date: 04/20/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2023 | $434.00 | 91589880 | 05/30/2023 | $434.00 | 91909060 | 07/31/2023 | $434.00 | 92996480 |
| 08/16/2023 | $434.00 | 93298280 | 09/07/2023 | $434.00 | 93669150 | 09/22/2023 | $434.00 | 93916190 |
| 10/13/2023 | $434.00 | 94298400 | 12/01/2023 | $434.00 | 95087840 | 01/11/2024 | $171.00 | 95775240 |

**Total Receipts for the Period:  $3,643.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,643.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric Abraham Gdanski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq. | Attorney Fees | $2,890.00 | $0.00 | $2,890.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | U.S. DEPARTMENT OF HUD<br>»»  P/888 WOODLAND RD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  UPSTART | Unsecured Creditors | $11,941.78 | $0.00 | $0.00 |
| 3 | DIRECTV, LLC | Unsecured Creditors | $316.54 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $3,615.01 | $0.00 | $0.00 |
| 5 | LENDUMO IN CARE OF ZENRESOLVE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   |   | No Disbursements: Withdrawn |   |   |   |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,228.41 | $0.00 | $0.00 |
| 7 | CAPITAL ONE AUTO FINANCE | Unsecured Creditors | $17,793.02 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,316.24 | $0.00 | $0.00 |
| 9 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY | Secured Creditors | $51.40 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE<br>»»  2021-2022 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE<br>»»  2018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,484.67 | $0.00 | $0.00 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $7,877.75 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK<br>»»  P/886 WOODLANE RD/1ST MTG | Mortgage Arrears | $13,239.68 | $0.00 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $84.46 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11918 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $4,015.52 | $0.00 | $0.00 |
| 17 | EMERGENCY PHY SERVICES OF NJ PA | Unsecured Creditors | $168.71 | $0.00 | $0.00 |
| 18 | FIG CUST FIGNJ19LLC & SEC PTY<br>»»  886 WOODLANE RD | Secured Creditors | $2,696.33 | $0.00 | $0.00 |
| 19 | NEW YORK STATE THRUWAY AUTHORITY | Unsecured Creditors | $185.45 | $0.00 | $0.00 |
| 20 | PENNSYLVANIA TURNPIKE COMMISSION<br>»»  PRE-PETITION TOLLS & ADM FEES | Unsecured Creditors | $1,119.70 | $0.00 | $0.00 |
| 21 | ADRIANNA VILLARREAL | Support Arrears | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,643.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $171.00 |
| Paid to Trustee: | $273.73 | Arrearages: | $0.00 |
| Funds on Hand: | $3,369.27 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! Register today at **www.ndc.org** or scan this code to get started.

