Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11918−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Abraham Gdanski
   886 Woodlane Road
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−7443

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 21, 2024.


Dated: March 21, 2024
JAN: mjb

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Eric Abraham Gdanski  
    Debtor

Case No. 23-11918-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 5  
Date Rcvd: Mar 21, 2024          Form ID: plncf13          Total Noticed: 98

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Abraham Gdanski, 886 Woodlane Road, Mount Holly, NJ 08060-1006 |
| 519876915 | + | Adrianna Villarreal, 529 S. Forked Landing Road, Maple Shade, NJ 08052-2923 |
| 519876920 | #+ | Advantge Therapy Center, 1001 Briggs Road, Ste 270, Mount Laurel, NJ 08054-4105 |
| 519877024 | + | Apria Healthcare, P.O. Box 3475, Toledo, OH 43607-0475 |
| 519877025 | + | Atlantic City Expressway, Attn: MK EXass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519857532 | | Citi/cbna, Citicorp Credit Services; Attn: Centrali, P.O. Box 790034, Kansas City, MO 64195 |
| 519877026 | + | Commonwealth of Massachusets, Attn: EZDrive MA Payment, Processing Cent, P.O. Box 847840, Boston, MA 02284-7840 |
| 519877031 | + | Emergency Physician Services of NJ PA, Attn: HRRG, P.O. Box 5406, Cincinnati, OH 45273-0001 |
| 519923581 | + | FIG Cust FIGNJ19LLC & Sec Pty, PO Box 669507, Dallas Texas 75266-0395 |
| 519876888 | + | Fig Cust FIGNJ19LLC & Sec Pty, POB 54226, New Orleans, LA 70154-4226 |
| 519877033 | + | Larchmont Medical Imaging, P.O. Box 748508, Atlanta, GA 30374-8508 |
| 519877035 | + | MTA Bridges and Tunnels, P.O. Box 15183, Albany, NY 12212-5183 |
| 519876893 | + | MTAG As Custodian For CCF@, 111 Coleman Blvd., Ste 400, Mount Pleasant, SC 29464-5662 |
| 519876917 | + | Mt. Holly Municipal Utilities, 1 Park Drive, P.O. Box 486, Mount Holly, NJ 08060-0486 |
| 519876889 | + | New Jersey Housing and Mortgage, 637 S Clinton Ave, POB 18550, Trenton, NJ 08650-2085 |
| 519925967 | + | New York State Thruway Authority, 200 Southern Blvd, Albany, NY 12209-2098 |
| 519877036 | + | New York Thruway, Violations Processing Center, P.O. Box 15186, Albany, NY 12212-5186 |
| 519877039 | + | Orkin, 100 Dobbs Lane, Ste 207, Cherry Hill, NJ 08034-1436 |
| 519930277 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 519877040 | + | Pennsylvania Turnpike Commission, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 519877041 | + | Port Authority NY NK, Violations Processing Center, P.O. Box 15186, Albany, NY 12212-5186 |
| 519877042 | + | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 519877043 | + | Rockland County DSS, Bldg L; CAMS Unit, P.O. Box 307 Sanatorium Road, Pomona, NY 10970-0307 |
| 519877053 | + | Rollins, P.O. box 1415, Atlanta, GA 30301-1415 |
| 519858508 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519877046 | + | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053-4160 |
| 519877047 | + | WMC Health, 100 Woods Road, Valhalla, NY 10595-1530 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519857521 | + | Email/Text: backoffice@affirm.com | Mar 21 2024 21:13:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519857522 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 21 2024 21:10:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |

Case 23-11918-CMG    Doc 44    Filed 03/23/24    Entered 03/24/24 00:16:07    Desc Imaged
                               Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 98 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 519857524 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 21 2024 21:11:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519857523 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:21:24 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 519857525 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:21:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519877048 | ^ | MEBN | Mar 21 2024 21:00:39 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 519857526 | + | Email/Text: bk@avant.com | Mar 21 2024 21:12:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519857527 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 21 2024 21:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519857528 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 21 2024 21:13:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 519857529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2024 21:09:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519857530 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 21 2024 21:09:22 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519862819 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 21:09:18 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519885759 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2024 21:08:52 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519893757 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2024 21:21:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519876887 | + | Email/Text: assetmanagement@cazcreek.com | Mar 21 2024 21:10:00 | Cazenovia Creek Funding II LLC, POB 54132, New Orleans, LA 70154-4132 |
| 519857533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 21:10:01 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519857534 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2024 21:12:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519857535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 21 2024 21:12:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519857536 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 21:21:21 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519857537 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 21 2024 21:10:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519877049 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 21 2024 21:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519857538 | + | Email/Text: bankruptcies@crownasset.com | Mar 21 2024 21:11:00 | Crown Asset Management, 3100 Breckenridge Blvd., Unit 725, Duluth, GA 30096-7605 |
| 519877029 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 21 2024 21:10:00 | Delaware River Joint Toll Brige Commissi, C/O Nj EZ pass, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 519877030 | + | Email/Text: G06041@att.com | Mar 21 2024 21:12:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 519871952 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2024 21:09:21 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519917225 | | Email/Text: BNCnotices@dcmservices.com | Mar 21 2024 21:11:00 | EMERG PHYS SERV OF NEW JERSEY PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

Case 23-11918-CMG    Doc 44    Filed 03/23/24    Entered 03/24/24 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 98 |

| | | | | |
|---|---|---|---|---|
| 519877050 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Mar 21 2024 21:12:00 | ERC, POB 57610, Jacksonville, FL 32241-7610 |
| 519876892 | + | Email/Text: ar@figadvisors.com | | |
| | | | Mar 21 2024 21:12:00 | FIG Capital Investments, LLC, 1000 Riverside Ave., Ste 400, Jacksonville, FL 32204-4108 |
| 519857539 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Mar 21 2024 21:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 519877051 | + | Email/Text: Harris@ebn.phinsolutions.com | | |
| | | | Mar 21 2024 21:13:00 | Harris & Harris Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 519876916 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Mar 21 2024 21:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519857531 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Mar 21 2024 21:21:02 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519874913 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Mar 21 2024 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519857540 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 21 2024 21:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519885917 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 21 2024 21:21:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519857541 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Mar 21 2024 21:10:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519877034 | | Email/Text: mdtaoag@mdta.state.md.us | | |
| | | | Mar 21 2024 21:11:00 | Maryland Transportation Authority, P.O. Box 12853, Philadelphia, PA 19176 |
| 519872149 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 21 2024 21:20:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519857542 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 21 2024 21:08:44 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519903875 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Mar 21 2024 21:09:19 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519857543 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Mar 21 2024 21:09:55 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519877037 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Mar 21 2024 21:10:00 | NJ Turnpike Authority, NJ EZ Pass, P.O. Box 4971, Trenton, NJ 08650 |
| 519896423 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Mar 21 2024 21:10:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519857544 | + | Email/Text: netcreditbnc@enova.com | | |
| | | | Mar 21 2024 21:13:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519857545 | + | Email/PDF: cbp@omf.com | | |
| | | | Mar 21 2024 21:20:48 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519857546 | | Email/Text: bankruptcies@penncredit.com | | |
| | | | Mar 21 2024 21:11:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 519916309 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 21 2024 21:12:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519913636 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 21 2024 21:12:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519913637 | + | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 21 2024 21:12:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Velocity Investments LLC 98083-0788 |

Case 23-11918-CMG   Doc 44   Filed 03/23/24   Entered 03/24/24 00:16:07   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 98 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 519877052 | + | Email/Text: RASEBN@raslg.com | Mar 21 2024 21:11:00 | RAS Crane, 6409 Congress Ave., Ste 100, Boca Raton, FL 33487-2853 |
| 519857547 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:21:11 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857549 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:09:34 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857550 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:08:44 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857551 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:21:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857552 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:20:26 | Synchrony Bank/Best Brand Plus, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857553 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:21:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519857554 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:21:08 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857556 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:09:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857557 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 21:09:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857558 | + | Email/Text: bncmail@w-legal.com | Mar 21 2024 21:11:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519857559 | ^ | MEBN | Mar 21 2024 21:02:12 | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 519877045 | | Email/Text: bankruptcy@uprova.com | Mar 21 2024 21:11:00 | Uprova, 635 E. HIghway 20, Upper Lake, CA 95485 |
| 519858720 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 21 2024 21:08:52 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519876890 | + | Email/Text: james.r.shear@hud.gov | Mar 21 2024 21:13:00 | US Dept of HUD, Financial Operations Center, 52 Corporate Circle, Albany, NY 12203-5176 |
| 519857560 | + | Email/Text: LCI@upstart.com | Mar 21 2024 21:11:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519868488 | ^ | MEBN | Mar 21 2024 21:02:09 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519908886 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 21 2024 21:09:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519857561 | + | Email/Text: bankruptcyxfcu@kinecta.org | Mar 21 2024 21:10:00 | Xceed Financial Credit Union, Attn: Bankruptcy Dept./Silvia Mendez, 888 North Nash St., El Segundo, CA 90245-2879 |
| 519872926 | | Email/Text: ZenResolve@ebn.phinsolutions.com | Mar 21 2024 21:11:00 | Lendumo in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 71

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519877055 | | Last |
| 519857548 | | Syncb/walmart |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: plncf13 | Total Noticed: 98 |

| | | |
|---|---|---|
| 519877044 | *+ | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519857555 | *+ | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519877054 | *+ | Tromberg Morris Poulin, 39 Broadway, Ste 1250, New York, NY 10006-3089 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | on behalf of Debtor Eric Abraham Gdanski bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5