UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek Law Offices
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
856-890-9003
Attorney(s) for debtor

**Order Filed on May 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Eric Abraham Gdanski,

debtor

| | |
|---|---|
| Case No.: | 23-11918 |
| Chapter: | 13 |
| Judge: | CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 1, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Brad J. Sadek _____ , the applicant, is allowed a fee of $ _____ 1,200.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 1,200.00 _____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ N/A _____ per month for _____ N/A _____ months to allow for payment of the above fee.

*rev.8/1/15*

2