Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024  
**Chapter 13 Case No. 23-11918 / CMG**

Eric Abraham Gdanski

Petition Filed Date: 03/09/2023  
341 Hearing Date: 04/20/2023  
Confirmation Date: 03/20/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2024 | $171.00 | 95775240 | 02/21/2024 | $605.00 | 96434620 | 03/21/2024 | $171.00 | 96943090 |
| 04/30/2024 | $171.00 | 97589460 | 06/03/2024 | $171.00 | 98076340 | 07/12/2024 | $171.00 | 98793550 |
| 07/24/2024 | $171.00 | 98945010 | 08/27/2024 | $171.00 | 99461790 | 10/30/2024 | $171.00 | |
| 11/04/2024 | $171.00 | | 12/03/2024 | $171.00 | | 12/31/2024 | $171.00 | |

**Total Receipts for the Period:  $2,486.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,958.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric Abraham Gdanski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,890.00 | $2,890.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/888 WOODLAND RD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» UPSTART | Unsecured Creditors | $11,941.78 | $0.00 | $11,941.78 |
| 3 | DIRECTV, LLC | Unsecured Creditors | $316.54 | $0.00 | $316.54 |
| 4 | MERRICK BANK | Unsecured Creditors | $3,615.01 | $0.00 | $3,615.01 |
| 5 | LENDUMO IN CARE OF ZENRESOLVE | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,228.41 | $0.00 | $1,228.41 |
| 7 | CAPITAL ONE AUTO FINANCE<br>»» 2017 FORD EXPLORER | Debt Secured by Vehicle | $80.82 | $16.32 | $64.50 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,316.24 | $0.00 | $1,316.24 |
| 9 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY | Secured Creditors | $51.40 | $0.00 | $51.40 |
| 10 | INTERNAL REVENUE SERVICE<br>»» 2021-2022 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE<br>»» 2018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,484.67 | $0.00 | $1,484.67 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $7,877.75 | $0.00 | $7,877.75 |

**Chapter 13 Case No. 23-11918 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MIDFIRST BANK<br>»» P/886 WOODLANE RD/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $84.46 | $0.00 | $84.46 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PROSPER FUNDING LLC | Unsecured Creditors | $4,015.52 | $0.00 | $4,015.52 |
| 17 | EMERGENCY PHY SERVICES OF NJ PA | Unsecured Creditors | $168.71 | $0.00 | $168.71 |
| 18 | FIG CUST FIGNJ19LLC & SEC PTY<br>»» 886 WOODLANE RD | Secured Creditors | $2,696.33 | $544.58 | $2,151.75 |
| 19 | NEW YORK STATE THRUWAY AUTHORITY | Unsecured Creditors | $185.45 | $0.00 | $185.45 |
| 20 | PENNSYLVANIA TURNPIKE COMMISSION<br>»» PRE-PETITION TOLLS & ADM FEES | Unsecured Creditors | $1,119.70 | $0.00 | $1,119.70 |
| 21 | ADRIANNA VILLARREAL | Support Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 5/1/24 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 22 | MIDFIRST BANK<br>»» 885 WOODLANE ROAD/ATTY FEES 8/7/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,958.00 | Plan Balance: | $7,108.00 ** |
| Paid to Claims: | $5,199.90 | Current Monthly Payment: | $171.00 |
| Paid to Trustee: | $434.80 | Arrearages: | $0.00 |
| Funds on Hand: | $323.30 | Total Plan Base: | $13,066.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**