Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-11918 / CMG**

Eric Abraham Gdanski

Petition Filed Date: 03/09/2023
341 Hearing Date: 04/20/2023
Confirmation Date: 03/20/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2025 | $171.00 | | 03/03/2025 | $171.00 | | 03/31/2025 | $171.00 | |
| 04/30/2025 | $171.00 | | 06/02/2025 | $171.00 | | 07/01/2025 | $171.00 | |
| 07/30/2025 | $171.00 | | 09/02/2025 | $171.00 | | 09/30/2025 | $171.00 | |
| 10/30/2025 | $171.00 | | 12/02/2025 | $171.00 | | 12/31/2025 | $171.00 | |
| 01/30/2026 | $359.00 | | | | | | | |

**Total Receipts for the Period: $2,411.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,369.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eric Abraham Gdanski | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,890.00 | $2,890.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/888 WOODLAND RD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» UPSTART | Unsecured Creditors | $11,941.78 | $0.00 | $11,941.78 |
| 3 | DIRECTV, LLC | Unsecured Creditors | $316.54 | $0.00 | $316.54 |
| 4 | MERRICK BANK | Unsecured Creditors | $3,615.01 | $0.00 | $3,615.01 |
| 5 | LENDUMO IN CARE OF ZENRESOLVE | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,228.41 | $0.00 | $1,228.41 |
| 7 | CAPITAL ONE AUTO FINANCE<br>»» 2017 FORD EXPLORER | Debt Secured by Vehicle | $80.82 | $35.08 | $45.74 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,316.24 | $0.00 | $1,316.24 |
| 9 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY | Secured Creditors | $51.40 | $16.07 | $35.33 |
| 10 | INTERNAL REVENUE SERVICE<br>»» 2021-2022 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE<br>»» 2018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,484.67 | $0.00 | $1,484.67 |

**Chapter 13 Case No. 23-11918 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $7,877.75 | $0.00 | $7,877.75 |
| 14 | MIDFIRST BANK<br>»» P/886 WOODLANE RD/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $84.46 | $0.00 | $84.46 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PROSPER FUNDING LLC | Unsecured Creditors | $4,015.52 | $0.00 | $4,015.52 |
| 17 | EMERGENCY PHY SERVICES OF NJ PA | Unsecured Creditors | $168.71 | $0.00 | $168.71 |
| 18 | FIG CUST FIGNJ19LLC & SEC PTY<br>»» 886 WOODLANE RD | Secured Creditors<br>No Disbursements: Paid to Date | $0.00 | $0.00 | $0.00 |
| 19 | NEW YORK STATE THRUWAY AUTHORITY | Unsecured Creditors | $185.45 | $0.00 | $185.45 |
| 20 | PENNSYLVANIA TURNPIKE COMMISSION<br>»» PRE-PETITION TOLLS & ADM FEES | Unsecured Creditors | $1,119.70 | $0.00 | $1,119.70 |
| 21 | ADRIANNA VILLARREAL | Support Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 5/1/24 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 22 | MIDFIRST BANK<br>»» 885 WOODLANE ROAD/ATTY FEES 8/7/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 23 | MIDFIRST BANK<br>»» 886 WOODLANE ROAD/PP ARREARS 2/6/25 | Mortgage Arrears | $9,738.65 | $1,722.03 | $8,016.62 |
| 24 | MIDFIRST BANK<br>»» 886 WOODLANE ROAD/ATTY FEES 2/6/25 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 1/29/26 | Attorney Fees | $1,600.00 | $787.97 | $812.03 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,369.00 | Plan Balance: | $9,539.00 ** |
| Paid to Claims: | $7,400.15 | Current Monthly Payment: | $359.00 |
| Paid to Trustee: | $630.18 | Arrearages: | $564.00 |
| Funds on Hand: | $338.67 | Total Plan Base: | $17,908.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**